# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 28, 2023

Before
DIANE P. WOOD, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 22-1231 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiff - Appellant<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:18-cv-01333-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig | |

The judgment of the District Court is REVERSED, with costs, and the case is REMANDED for further proceedings consistent with the opinion, in accordance with the decision of this court entered on this date.

Clerk of Court